# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D23-0244
5D23-0438
LT Case Nos. 2019-CF-011911
2020-CF-00755

_____

ANTHONY J. CANION,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Robert Carl Davis, of Robert Carl Davis, P.A., Jacksonville, for
Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.


November 21, 2023

PER CURIAM.

    AFFIRMED.


SOUD, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____